| | |
|---|---|
| LINER TIRE, INC., TIRE TATTOO, INC., BARRY LINER, and MICHAEL LINER,<br><br>                     Plaintiffs,<br><br>v.<br><br>CAP CALL, LLC; CAPITAL STACK, LLC; COMPLETE BUSINESS SOLUTIONS GROUP, INC. d.b.a. PAR FUNDING; ALEX CHASIN; EVEREST BUSINESS FUNDING, LLC; FUNDING METRICS, LLC, d.b.a.QUICK FIX CAPITAL; IOU FINANCIAL COMPANY; CURT KRAMER; JASON LEAK; MANTIS FUNDING, LLC; EVAN MARMOTT; MERCHANT DISCOUNT DIRECT, INC., PEARL CAPITAL REVIS VENTURES, LLC; POWERUP LENDING GROUP, LTD; PRINCIPIS CAPITAL, LLC; RAPID CAPITAL FINANCE, LLC; RICHARD NAIDICH; RTR RECOVERY, LLC; WIDE MERCHANT INVESTMENT, INC.; AND YELLOWSTONE CAPITAL, LLC,<br><br>                     Defendants. | Civil Action No.: 16-12468 |

## POWER UP LENDING GROUP, LTD.'S MOTION TO DISMISS ALL CLAIMS AGAINST IT UNDER 12(b)(6)

Liner Tire, Inc. and Barry Liner agreed to a forum selection provision that allows Power

Up Lending Group, Ltd. ("Power Up") to require litigation in the Eastern District of New York.

Power Up therefore asks this Court to dismiss the claims against it so that the plaintiffs may

refile, if at all, in the selected forum. In the event that this Court retains any of the claims, Power

Up requests that this Court dismiss the counts against it for failing to state a claim upon which relief may be granted.[1] Power Up incorporates the accompanying memorandum.

Respectfully submitted,

*/s/ Erika Todd*
Lisa G. Arrowood (BBO# 022330)
larrowood@arrowoodpeters.com
Erika Todd (BBO # 689053)
etodd@arrowoodpeters.com
ARROWOOD PETERS LLP
10 Post Office Square
7th Floor South
Boston, MA 02109
(617) 849-6200

February 16, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017 this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Erika Todd*

---

[1] In particular, the Power Up Defendants requests that this Court dismiss Count I (fraud), Count II (93A), Count III (declaratory judgment), Count IV (injunction), Count V (unjust enrichment), Count VI (breach of contract), Count VII (unconscionability), Count VIII (violation of N.Y. General Business Law § 349), Count X (Reformation), and Count XI (RICO violation).