UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINER TIRE, INC., TIRE TATTOO, INC., BARRY LINER, and MICHAEL LINER,<br><br>          Plaintiffs,<br><br>  -against-<br><br>FUNDING METRICS, LLC, d.b.a. QUICK FIX CAPITAL; MERCHANT DISCOUNT DIRECT, INC.; MANTIS FUNDING, LLC; PEARL CAPITAL REVIS VENTURES, LLC; POWERUP LENDING GROUP, LTD; RAPID CAPITAL FINANCE, LLC,<br><br>          Defendants. | Civil Action No.:  16-12468 |

  **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs Liner Tire, Inc., Tire Tattoo, Inc., Barry Liner, and Michael Liner hereby voluntarily **DISMISS** Defendant Rapid Capital Finance, LLC with prejudice.

  Plaintiffs Liner Tire, Inc., Tire Tattoo, Inc., Barry Liner, and Michael Liner hereby also voluntarily **DISMISS** all remaining Defendants, Pearl Capital Revis Ventures, LLC and Merchant Discount Direct, Inc., without prejudice.

  Neither an Answer nor Motion for Summary Judgment has been filed by any adverse party so as to preclude this Notice under said Rule.

  This action can now be marked closed.

DATED:  March 24, 2017

                                        **WHITE AND WILLIAMS LLP**

By:_____
       Shane R. Heskin, Esquire

Attorneys for Plaintiffs
Liner Tire, Inc., Tire Tattoo, Inc.,
Barry Liner, and Michael Liner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINER TIRE, INC., TIRE TATTOO, INC., BARRY LINER, and MICHAEL LINER,<br><br>        Plaintiffs,<br><br> -against-<br><br>FUNDING METRICS, LLC, d.b.a. QUICK FIX CAPITAL; MERCHANT DISCOUNT DIRECT, INC.; MANTIS FUNDING, LCC; PEARL CAPITAL REVIS VENTURES, LLC; POWERUP LENDING GROUP, LTD; AND RAPID CAPITAL FINANCE, LLC,<br><br>        Defendants. | Civil Action No.:  16-12468 |

## CERTIFICATE OF SERVICE

 I hereby certify that I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served by this Court's ECF system and electronic mail upon Defendants' counsel of record to the within action on the 24th day of March 2017.

Dated:  March 24, 2017

                          _____
                          Shane R. Heskin